■ In the Matter of the Claim of JOEL E. SANTOS, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [605 NYS2d 963] —Appeals from two decisions of the Unemployment Insurance Appeal Board, filed February 26, 1991 and January 20, 1993, which, *inter alia,* ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

The record contains substantial evidence to support the Board's determination that claimant was discharged for misconduct because he struck a supervisor. While claimant's testimony certainly differed from that of the employer's witnesses, it was for the Board to finally resolve all credibility issues.

Mercure, J. P., Cardona, White, Mahoney and Casey, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of ROBERT J. SMITH, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [603 NYS2d 361] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed November 17, 1992, which, upon reconsideration, adhered to its prior decision ruling that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

The record indicates that claimant left his employment for an indefinite period when his supervisor failed to promote him. The medical evidence presented fails to indicate that claimant was unable to perform his work during the period in question. Under the circumstances, substantial evidence exists to support the Board's decision that claimant voluntarily left his employment without good cause, thus disqualifying him from receiving unemployment insurance benefits. Any remaining contentions raised by claimant have been examined and found to be lacking in merit.

Weiss, P. J., Yesawich Jr., Crew III, White and Casey, JJ., concur. Ordered that the decision is affirmed, without costs.